

**Joseph & Norinsberg**
Fighting for Employee Justice

| | | |
|---|---|---|
| **Downtown Manhattan Office** | **Midtown Manhattan Office** | **Newark Office** |
| One World Trade Center, 85th Floor | 825 Third Avenue, Suite 2100 | One Gateway Center, Suite 2600 |
| New York, New York 10007 | New York, New York 10022 | Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1650 Market Street, Suite 3600 | 225 Franklin Street, 26th Floor | 300 N. New York Avenue, Suite 832 |
| Philadelphia, Pennsylvania 19103 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

May 20, 2026

<u>**Via ECF:**</u>

The Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> **Re:** ***Olsson et al v. City of New York et al***
> Civil Docket No.: 1:25-cv-00346-PAE

Dear Judge Engelmayer:

We represent Krystal Olsson, the plaintiff in this action. We respectfully submit this joint letter motion, together with counsel for Defendants, requesting a 30-day extension of the deadline to file the parties' executed settlement agreement for the Court's review under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) (ECF Dkt. 35). The current deadline is **May 22, 2026**; the parties request an extension until **June 22, 2026**.

This is the parties' first request for an extension of the deadline to file their settlement agreement. Granting this request will not affect any other scheduled dates. The parties are still in the process of finalizing their written agreement, and anticipate that some additional time will be needed after the agreement is finalized for full review and execution.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

Madeline Howard, Esq.

*Motion To Extend Cheeks Deadline*                                                    Page 2
*May 20, 2026*

<u>CC</u>: *counsel of record for Defendants via ECF:*
Conner Quinn, Esq.
New York City Law Department
*Attorneys for Defendants*
100 Church Street, Ste 2-318
New York, NY 10007
Tel: 212-356-3574
Email: coquinn@law.nyc.gov

GRANTED.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Date:  May 22, 2026
New York, New York