

# Joseph & Norinsberg
## Fighting for Employee Justice

| **Downtown Manhattan Office** | **Midtown Manhattan Office** | **Newark Office** |
|---|---|---|
| One World Trade Center, 85th Floor New York, New York 10007 | 825 Third Avenue, Suite 2100 New York, New York 10022 | One Gateway Center, Suite 2600 Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1650 Market Street, Suite 3600 Philadelphia, Pennsylvania 19103 | 225 Franklin Street, 26th Floor Boston, Massachusetts 02110 | 300 N. New York Avenue, Suite 832 Winter Park, Florida 32790 |

June 22, 2026

**Via ECF:**

The Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:    ***Olsson et al v. City of New York et al***
       Civil Docket No.: 1:25-cv-00346-PAE

Dear Judge Engelmayer:

We represent Krystal Olsson, the plaintiff in this action. We respectfully submit this joint letter motion, together with counsel for Defendants, requesting a 30-day extension of the deadline to file the parties' executed settlement agreement for the Court's review under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) (ECF Dkt. 35). The current deadline is **June 22, 2026**; the parties request an extension until **July 22, 2026**.

This is the parties' second request for an extension of the deadline to file their settlement agreement. Granting this request will not affect any other scheduled dates. The written agreement has been drafted and is under review by the parties, but some additional time will be needed to coordinate execution.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

Madeline Howard, Esq.

<u>CC</u>: *counsel of record for Defendants via ECF:*
Conner Quinn, Esq.
New York City Law Department
*Attorneys for Defendants*
100 Church Street, Ste 2-318
New York, NY 10007
Tel: 212-356-3574
Email: coquinn@law.nyc.gov

GRANTED.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date:  June 24, 2026
New York, New York