Joseph & Norinsberg
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

July 21, 2026

**Via ECF:**
The Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Re:** ***Olsson et al v. City of New York et al***
Civil Docket No.: 1:25-cv-00346-PAE

Dear Judge Engelmayer:

We represent Krystal Olsson, the plaintiff in this action. We respectfully submit this letter motion with the consent of Defendants requesting a 30-day extension of the deadline to file the parties' executed settlement agreement for the Court's review under *Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199 (2d Cir. 2015) (ECF Dkt. 35). The current deadline is **July 22, 2026**; the parties request an extension until **August 22, 2026**.

This is the parties' third request for an extension of the deadline to file their settlement agreement. Granting this request will not affect any other scheduled dates. The parties are in the process of finalizing the settlement agreement and anticipate reaching a final version this week, but will require additional time to execute the agreement and complete the Cheeks submission, in part because counsel for the Plaintiff is scheduled to appear in a trial starting on July 27, 2026.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

Madeline Howard, Esq.

CC: *counsel of record for Defendants via ECF:*
Conner Quinn, Esq.
New York City Law Department
*Attorneys for Defendants*
100 Church Street, Ste 2-318
New York, NY 10007
Tel: 212-356-3574
Email: coquinn@law.nyc.gov

GRANTED.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: July 22, 2026
New York, New York